UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Chattanooga

Nehemiah Gonzalez )
_____ )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.)            )   1:25-cv-52-
                                      )   TRM-CHS
v.                                    )

Jeffery Torrez                        )
Parker Barnes                         )
Christopher McCurry                   )
(Enter above the NAME of each
defendant in this action.)            )

FILED
FEB 18 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to the previous lawsuit:

      Plaintiffs: _____

      _____

      Defendants: _____

      _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. No relief can be sought at this institution

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Nehemiah Gonzalez

Present address: Laurel County Corrections, 440 Hammock Rd, London Ky 40744

Permanent home address: 8437 Diamondview way, Knoxville, Tn. 37931

Address of nearest relative: Mother, 8437 Diamondview way, Knoxville, Tn. 37931

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Jeffery Torrez

Official position: Officer with the Knoxville Police Dept.

Place of employment: Knoxville Police Dept.

C. Additional defendants: Parker Barnes officer of the Knoxville Police Dept. Christopher McCurry, officer of the Knoxville Police Dept.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On Oct. 28th 2024 at 10:00 pm Officers Christopher McCurry, Parker Barnes, and

3

Page 4

Jeffery Torrez used excessive force against me during a traffic stop in which I was a passenger of an Uber, on Oct. 28th

I was maliciously prosecuted for a weapon that was produced by officer Jeffery Torrez and Officer Parker Barnes who both made false claims to have observed me toss during a chase as a result of their excessive force during the traffic stop for traffic violations in which a traffic ticket was never issued. Body camera footage from Officer Parker Barnes, as well as Jeffery Torrez will show that neither officer observed me toss a weapon, and actually make contradictory statements on audio to what they both claimed within the affidavit. These statements was used for probable cause to bring federal charges against me; statements that can easily be ruled out as false. Body camera footage will also show the excessive use of force during what was claimed within the discovery as a routine traffic stop for minor traffic violations in which Officer Christopher McCrary participated in along

# 1st Continuation of Page 4

with officers Barnes and Torrez. It was this excessive use of force that provoked my flight from the scene.

On Oct. 28th 2024 at 22:00 as a passenger of an Uber I was pulled over by officer Christopher McClure. The driver of the Uber pulled into the Delta Express Gas Station. The first thing that I noticed was the excessive use of force. There was multiple police cars present. Officers jumped out of their patrol cars with their guns drawn (See: Axon Body Cam4-D01A7742Q-22:00:32 "Officer states on audio" "He has them at gun point giving commands.") The officer behind us had his gun drawn, and the officer to my right was out of his car with his weapon drawn who was later identified as officer Parker Barnes (See: Axon Body Cam4-D01A7822R 23:06:28). As I see multiple police cars seeming to come from everywhere, Out of fear I exited the front passenger side of the Uber and ran. Once I made it to the parking lot of the Quality Inn hotel I dropped the book bag that I was carrying. (See: bodycam4 D01A7742Q 22:02:42 "He dropped the book bag" Also See: Axon

## 2nd Continuation of page 4

body cam 4 - DO1A7742Q 22:03:07 "I saw him ditch the backpack")

I then ran in to the hotel lobby and told the front desk clerk that I was being chased and feared for my life. I then hid in the office of the hotel lobby where I was later found by Knoxville police department and arrested. I was later charged with items found within the brown back pack as well as a weapon that was produced by officer Parker Barnes, and officer Jeffery Torrez.

I was maliciously prosecuted for this gun. Officer Parker Barnes and officer Jeffery Torrez conspired together to produce false claims to have observed me toss the produced weapon in support of each other. The body camera footage reveals their misconduct and proves that neither of these two officers observed me discard a weapon. (See: Axon body Cam 4 - DO1A7742Q · 22:20:53 Parker Barnes stated "If he threw it, it should be on top of the bushes.")(Also see: Axon body Cam 4 · DO1A7893M 22:20:14 Jeffery Torrez states "I had eyes on him the whole time" at 22:20:35 Torrez states "He could have

ditched a gun." at 22:21:20 "I'll be honest I violated multiple policies running with my gun out the whole time." at 22:21:56 "I watched him the whole time." at 22:43:19 "He could have ditched it right there."

Now if I was observed tossing a weapon by these two officers as they claimed within the original affidavit and police reports. As well as the Criminal Complaint for the federal charges then these officers should not have expressed so much uncertainty as they looked for a weapon.

Futhermore, the clip that was found within the brown backpack would never fit the type of gun that was produced by officer Torrez and officer Barnes. These officer's false claims was used to support the Affidavit for the Criminal Complaint within part 9 of the "Probable Cause" section in which federal charges was brought against me for the weapon produced by these two officers. These officers violated my rights while acting under the color of law.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I wish for the court to revoke the qualified immunity of officers Christopher McCurry, Jeffery Torrez, and Parker Barnes. I wish for the court to reduce the power of these officers in order to prevent misconduct from them in the future. I wish for the court to award me punitive damages, damages for emotional distress, and mental anguish as a result of their misconduct.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 11th day of February, 20 25.

_Nehemiah _____
Signature of plaintiff(s)

5

Nehemian Gonzalez
Laurel County Corrections
440 Hammock Rd.
London, Ky. 40744

This item mailed from
Laurel Co. Detention Center

X-RAYED

This item mailed from
Laurel Co. Detention Center

Clerk Office of
United States District Court
Eastern District of Tennessee
900 Georgia Ave, Room 309
Chattanooga, Tn. 37402

