# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

NEHEMIAH GONZALEZ, )
)      Case No. 1:25-cv-52
    *Plaintiff*, )
)      Judge Travis R. McDonough
v. )
)      Magistrate Judge Christopher H. Steger
JEFFERY TORREZ, *et al.*, )
)
    *Defendants*. )

## ORDER

Before the Court is Magistrate Judge Christopher H. Steger's report and recommendations (Doc. 9). On February 18, 2025, Plaintiff filed a complaint and motion to proceed in forma pauperis. (Docs. 1, 2.) Plaintiff asserts claims for malicious prosecution and excessive force. (*See* Doc. 2.) In his report and recommendation, Judge Steger found that Plaintiff failed to adequately allege a claim for malicious prosecution because he "has not alleged that the charges brought against him ended in his favor." (Doc. 9, at 3.) However, Judge Steger found that Plaintiff plausibly stated a claim for excessive force because he alleges that all three Defendants approached him in an Uber with "their guns drawn" even though he was not fleeing and was "merely a passenger in the Uber." (*Id.* at 4.) Judge Steger recommends that (1) Plaintiff's claim for malicious prosecution be dismissed without prejudice, (2) Plaintiff's claim for excessive force be allowed to proceed, and (3) the Clerk of Court issue service packets to Plaintiff to complete and return to the Clerk.[1] (*Id.*)

---

[1] Judge Steger also notified Plaintiff that any objections to the report and recommendation must be filed within 14 days. (Doc. 9, at 4 n.1.) Plaintiff has not filed any objections to Judge Steger's report and recommendation.

The Court **ACCEPTS** and **ADOPTS** Judge Steger's report and recommendations (Doc. 9).  Accordingly, Plaintiff's claim for malicious prosecution is **DISMISSED WITHOUT PREJUDICE** and his claim for excessive force remains.  The Clerk **SHALL** issue service packets to Plaintiff to complete and return upon the entry of this Order.  Plaintiff **SHALL** return completed service packets to the Clerk on or before **August 14, 2026**.  Plaintiff is placed **ON NOTICE** that the Court may dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) if he fails to meet this deadline.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**